Commonwealth *v.* Breon, Appellant.

Submitted March 16, 1970. *Thomas E. Sterling,* for appellant; *Charles C. Brown, Jr.,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order of the court below is vacated and the record remanded for a hearing on the issues raised by the original or an amended post-conviction petition.

WRIGHT, P. J., dissents.

Commonwealth *v.* Brittingham, Appellant.

Submitted March 16, 1970. *Thomas M. Kittredge,* for appellant; *J. Bruce McKissock,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Brown, Appellant.

Submitted March 9, 1970. *Richard D. Walker,* Public Defender, for appellant; *Jerome T. Foerster,* Assistant District Attorney, and *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

Order affirmed.